IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
v.                             )    Criminal Action No. 02-308
                               )
ARTHUR BRENT DANIELS, JR.,     )
                               )
        Defendant.             )
_____)
```

**ORDER**

This matter comes before the Court on the Petition For a Rule to Show Cause why the conditions of the Defendant's supervised release should not be revoked. For the reasons stated from the bench, it is hereby

ORDERED that this matter is CONTINUED until September 16, 2005 at 9:00 A.M.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
June ____, 2005